**BURSOR & FISHER, P.A.**
Sean L. Litteral (State Bar No. 331985)
1990 North California Boulevard, Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
E-Mail: slitteral@bursor.com

*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUVY ANN LOPEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PHILIPPINE AIRLINES,<br><br>Defendant. | Case No. 3:21-CV-03821-EMC<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i) WITHOUT PREJUDICE** |

1    Federal Rule of Civil Procedure 41(a)(1)(A)(i) provides that "the plaintiff may dismiss an

2    action without a court order by filing … a notice of dismissal before the opposing party serves

3    either an answer or a motion for summary judgment."   Accordingly, Plaintiff Juvy Ann Lopez

4    hereby dismisses, without prejudice, all claims against Defendant.   Each party shall bear its own

5    costs.

8    Dated: June 22, 2021                        Respectfully submitted,

9                                                **BURSOR & FISHER, P.A.**

10                                               By:    /s/ *Sean L. Litteral*

11                                                       Sean L. Litteral

12                                               Sean L. Litteral (State Bar No. 331985)
                                                 1990 North California Boulevard, Suite 940
13                                               Walnut Creek, CA  94596
                                                 Telephone: (925) 300-4455
14                                               Facsimile:  (925) 407-2700
                                                 E-Mail: slitteral@bursor.com



NOTICE OF DISMISSAL; CASE NO. 3:21-CV-03821-EMC